1 | McGREGOR W. SCOTT
United States Attorney
2 | MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2825



FILED

MAR 24 2006



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    ) MAG NO. 06-087-KJM
         Plaintiff,                 )
                                    )   ORDER
    v.                              )
                                    )
DAVID JOHN SPRONG JR.,              )
                                    )
         Defendant.                 )
_____)

Petition having been made to the Court to unseal the above-enumerated Criminal Complaint and the Court having considered the petition and finding good cause therefore;

IT IS HEREBY ORDERED that the Criminal Complaint enumerated above, the Petition to Unseal, and the Court's Order sealing the Criminal Complaint be unsealed.

DATED: March 24, 2006

/s/ Kimberly J. Mueller
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE