```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8
 9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,    )   Mag. No. 06-087-KJM
                                 )
14              Plaintiff,       )   ORDER TO DISMISS
                                 )
15       v.                      )
                                 )
16  DAVID JOHN SPRONG,           )
                                 )
17              Defendant.       )
                                 )
18
19
                              ORDER
20
21     Having considered the government's motion, it is hereby
22  ORDERED that the complaint against the above-captioned defendant
23  be dismissed and the arrest warrant be recalled.
24  Dated:  June 14, 2007.
25                                   _____
                                     U.S. MAGISTRATE JUDGE
26
27
28
```